STATE of Wisconsin, Plaintiff-Respondent,

v.

Gilbert E. ALLEN, Defendant-Appellant.

Supreme Court

*No. 87–1901. Filed August 21, 1990.*

(Also reported in 459 N.W.2d 461.)

*ORDER*

A petition for review pursuant to sec. 808.10, Stats., having been filed on behalf of defendant-appellant-petitioner Gilbert E. Allen, and considered by the court;

IT IS ORDERED that the petition for review is granted; the court of appeals' decision is summarily vacated; and the matter is remanded to the court of appeals for reconsideration in light of *Vollmer v. Luety,* 156 Wis. 2d 1, 456 N.W.2d 797 (1990).

<div align="right">

Marilyn L. Graves
Clerk of Supreme Court